```
 1  Steven R. Blackburn (SBN 154797)
    Elizabeth J. Boca (SBN 255719)
 2  EPSTEIN BECKER & GREEN, P.C.
    655 Montgomery Street, Suite 1150
 3  San Francisco, CA 94111
    Telephone: 415.398.3500
 4  Facsimile: 415.398.0955
    sblackburn@ebglaw.com
 5  eboca@eglaw.com

 6  Attorneys for Defendants
    MARINE TERMINALS CORP.,
 7  PORTS AMERICA SHARED SERVICES,
    INC., and GREG BARKER
 8
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ED HUGHLETT, | Case No.: |
|---|---|
| Plaintiff, | **DEFENDANTS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES [LR 3-15]** |
| v. | |
| MARINE TERMINALS CORP., PORTS AMERICA SHARED SERVICES, INC., GREG BARKER, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

- 1 -

Defendants' Certification and Notice of Interested Parties

FIRM:30553698v1

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

    Pursuant to Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) has a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1. MTC Holdings

    2. Ports America Group Holdings 1, Inc.

DATED: July 7, 2015          EPSTEIN BECKER & GREEN, P.C.

By:   /s/ Elizabeth J. Boca
Steven R. Blackburn
Elizabeth J. Boca
Attorneys for Defendants
MARINE TERMINALS CORP.,
PORTS AMERICA SHARED SERVICES, INC.,
and GREG BARKER