Cliff Palefsky (State Bar No. 77683)
Scott M. Stillman (State Bar No. 267506)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
Emails: cp@mhpsf.com
        sstillman@mhpsf.com

Attorneys for Plaintiff
ED HUGHLETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ED HUGHLETT, | CASE NO.: 15-cv-03139-JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE |
| v. | |
| MARINE TERMINALS CORP., et al., | |
| Defendants. | |

On July 30, 2015, pursuant to Civil Local Rule 7-11, Plaintiff Ed Hughlett filed an administrative motion to continue the August 21, 2015 hearing date to September 11, 2015.

After reviewing the papers that the parties submitted and having considered Plaintiff's request, the Court ORDERS as follows:

Plaintiff's administrative motion is GRANTED. Plaintiff's counsel will be unavailable for hearing on August 21, 2015 and the Court's time and resources are better spent by having both the hearing on Defendants' Motion to Dismiss and Plaintiff's Motion to Remand on September 11, 2015.

///

///

///

1  Therefore, the hearing on Defendants' Motion to Dismiss, presently scheduled for
2  August 21, 2015 at 9:00 a.m., is continued to September 11, 2015 at 9:00 a.m.
3
4  Dated: August 4, 2015

*[signature: Jeffrey S. White]*

JEFFREY S. WHITE
United States District Court Judge
Northern District of California

McGuinn, Hillsman
& Palefsky
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

2

[RROPROSEDX] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE
HEARING DATE                                                      CASE NO.: 15-cv-03139-JSW