**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED HUGHLETT,

        Plaintiff,

  v.

MARINE TERMINALS CORP. ET AL,

        Defendants.
_____/

No. C 15-03139 JSW

**ORDER VACATING HEARING**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss and the motion to remand which have been noticed for hearing on Friday, September 11, 2015 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: September 8, 2015

                                   JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE